No. 92–203.  ARKANSAS-PLATTE & GULF PARTNERSHIP v. DOW CHEMICAL CO. ET AL.  C. A. 10th Cir.  Certiorari granted,

judgment vacated, and case remanded for further consideration in light of *Cipollone* v. *Liggett Group, Inc.*, 505 U. S. 504 (1992).